UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Douglas Perry,
Plaintiff,

vs. CA 06 329 T

RAB Performance Recoveries, LLC, Inc.,
Defendant.

---

Request To Extend Answer Date

The parties being engaged in settlement discussions, and no extension having been previously granted, and the Defendant having been served by mail, pursuant to Local Rule 29, the Plaintiff hereby requests the time within which the Defendant has to file an answer and or file a responsive pleading be extended to September 24, 2006. The Plaintiff acknowledges this extension is without prejudice to the Defendant to contest the adequacy or correctness of service.

Douglas Perry,
By her Attorney,

/s/ John T. Longo

John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

**Certification**

I certify that on 8/14/06, a copy of this Request, was sent, via e-mail to

Robert E. Johnson, Esq.
Law Office of Howard Lee Schiff, PC
10 Dorrance Street, Suite 515
Providence, RI 02903

/s/ John T Longo

John T. Longo, Esq./#4928