UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Douglas Perry,
Plaintiff,

vs. CA 06 329 T

RAB Performance Recoveries, LLC, Inc.,
Defendant.

---

**Rule 41(a)(1) Dismissal Stipulation**

**P**ursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and no defendant having filed an Answer or Motion for Summary Judgment, the Plaintiff hereby dismisses this action as to all parties with prejudice.

The Plaintiff,
By his Attorney,

/s/ John T. Longo
______________________________

John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

**Certification**

I certify that on __10/9/06__, a) this document was filed with the Court electronically and is available for viewing and downloading using the ECF system, and b) that it was served on the following via First Class mail and e-mail:

Robert E. Johnson, Esq.
Law Office of Howard Lee Schiff, PC
10 Dorrance Street, Suite 515
Providence, RI 02903

/s/ John T Longo
_________________________